COURT ET AL. *v.* CONNER ET AL.

[86 South. 277. No. 21031.]

APPEAL AND ERROR. *Judgment entered on appeal, where decree was not in conformity with prior opinion.*

Where, on second trial, the legal questions were precisely the same as those presented on former appeal reversing decree for defendant, and the evidence was not materially different and amount plaintiff was entitled to recover was proved, on appeal from a judgment for defendant, decree would be entered for plaintiff.

APPEAL from chancery court of Adams county.

HON. R. W. CUTRER, Chancellor.

Action by John F. Court and others against L. P. Conner and others. Decree for defendants, and plaintiffs appeal. Reversed, and decree entered for plaintiffs.

*J. N. Flowers, E. B. Cooper,* and *Farrar, Goldberg & Dufour,* for appellant.

*Ratcliff & Kennedy, S. B. Laub* and *G. G. Lyell,* for appellee.

SYKES, J., delivered the opinion of the court.

This is the second appeal of this case to this court. The former decision and opinion appears in 118 Miss, 374, 79 So. 230.

There is no material variance in the testimony presented by this record from that presented by the former record. The details of the transactions are merely more fully gone into. After the reversal of the case the answer of the defendant was amended. The legal questions, however, now presented, are precisely the same as those presented upon the former appeal. It is unnecessary to again recite the facts, as they are fully stated in the former opinion. In conformity with the opinion of the court on that appeal, it was proved by the appellants on the second trial that the amount they were entitled to recover was thirty one thousand three hundred fifty-one dollars and eighty-three cents, with four per cent per annum from January 3, 1917. The chancellor on the second trial again rendered a decree in favor of the defendants. The decree is reversed, and decree will be entered here in favor of the appellants, in accordance with this opinion.

*Reversed, and decree here.*